# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02074-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

LUKE IRVIN CHRISCO, Secured Party, individually and on behalf of all persons similarly situated,

    Plaintiff,

v.

RICHARD F. RAEMISCH, Executive Dir. of the CDOC,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, a prisoner in the custody of the Colorado Department of Corrections, has submitted to the court a Prisoner Complaint (ECF No. 1), an Application to Proceed In Forma Pauperis Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Motion for Copying and Service of Pleadings and for Waiver of Copying and Service Fees (ECF No. 4), a Motion for Appointment of Class Counsel and Declaration in Support (ECF No. 5), and a Motion for Injunctive Relief (ECF No. 6).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ____ is not submitted

Case 1:15-cv-02074-LTB   Document 7   Filed 10/07/15   USDC Colorado   Page 2 of 3

(2)  ___   is missing affidavit
(3)  ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  xx   is missing authorization to calculate and disburse filing fee payments
(7)  ___   is missing an original signature by the prisoner
(8)  xx   is not on proper form (must use the court's current form)
(9)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) ___   other: _____.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper form
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ____
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion for Copying and Service of Pleadings and

for Waiver of Copying and Service Fees (ECF No. 4) is denied as moot and the Motion for Appointment of Class Counsel and Declaration in Support (ECF No. 5) is denied as premature.

DATED October 7, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge